Case 8:20-cr-00257-JSM-UAM   Document 438   Filed 02/07/25   Page 1 of 1 PageID 2952

AO 247 (Rev. 03/19) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

United States of America )
v. )
LORI ANN NADEMUS )
) Case No: 8:20-cr-257-JSM-UAM
) USM No: 26479-104
Date of Original Judgment: 11/13/2023 )
Date of Previous Amended Judgment: )
*(Use Date of Last Amended Judgment if Any)* ) Pro Se
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ DENIED.  ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____

Defendant filed her *pro se* motion at Dkt. 437. Provisions of the 821 Amendment went into effect as of November 1, 2023. Defendant was sentenced on November 2, 2023. Judgment was entered on November 13, 2023. The 2023 Guidelines Manual, incorporating all guideline amendments, were used to determine the defendant's offense level at sentencing. USSG §1B1.11. Further, Defendant received an adjustment under § 3B1.1 (Aggravating Role) or was engaged in a continuing criminal enterprise, as defined in 21 U.S.C. § 848. Therefore, Defendant is not eligible for a sentence reduction pursuant to Amendment 821.

Except as otherwise provided, all provisions of the judgment dated _____ shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 02/07/2025

*Judge's signature*

Effective Date: _____
*(if different from order date)*

James S. Moody, Jr., United States District Judge
*Printed name and title*